

Walter Wayne Brown
Case: 15-8377



FILED by _____ D.C.

JUL 20 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.



:BONDED: C.-S.-S.-C.-P.-S.-G.-P.-DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE-FLAG.

For this **DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE** of these CORRECTION-CLAIMS **ARE** with the VASSALEES'-FRAUDULENT-PARSE-SYNTAX-GRAMMAR of the HANDYCAPPING-SYNTAX-GRAMMAR with the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-EVIDENCE-HEREINBONDED by the **FRAUDULENT-PLEADINGS of the** "*INTERNAL-REVENUE-SERVICE*"&: **UNITED STATES DISTRICT COURT, EASTERN DISTRICT of KENTUCKY, CENTRAL-DIVISION,-~LEXINGTON &: KERRY B. HARVEY, UNITED STATES ATTORNEY &: INDICTMENT-NUMBER-~5:14-CR-85-JMH.**
:Walter: Wayne: Brown,-~LOCATION-WEST-PALM-BEACH-JAIL-~FLORIDA [~7-~JULY~2015]-~#15-MJ-8377-JMH.
:Winona-Jean: Cox, -~LOCATION-WEST-PALM-BEACH-JAIL-~FLORIDA [~7-~JULY~2015]-~#15-MJ-8378-JMH
:David-Wynn: Miller.: FEDERAL-POSTAL-JUDGE. For the CORRECT-PARSE-SYNTAX-GRAMMAR **are** with the SYNTAXING-IDENTIFICATION of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-PAPER-DOCUMENTS. :**CLAIMANT**: :**CONTEST**: VS:
**UNITED STATES DISTRICT COURT, EASTERN DISTRICT of KENTUCKY, CENTRAL-DIVISION,-~LEXINGTON &: KERRY B. HARVEY, UNITED STATES ATTORNEY &: INDICTMENT-NUMBER-~5:14-CR-85-JMH.**          :**VASSALEES**:

For these abbreviations of these terms(space-saving):
: For the **WORD-TERMS** of this **C.-S.-S.-C.-P.-S.-G.-NOW-TIME-VESSEL:**
: **D.-C.-F.-P.-S.-C.-V.**=; DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE.
:**VASSALEE-(WORD-MEANING)** VASSAL=SERVANT of this DOCUMENT, EE=PLOYEE of this DOCUMENT.
:**C.-S.-S.-C.-P.-S.-G.** = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR.
:**D.-C.-C.** = For the **DOCUMENT-CONTRACT-CLAIM** of this D.-C.-F.-P.-S.-C.-V.
:**D.-C.-C.-S.** = For the **DOCUMENT-CONTRACT-CLAIMS-SECTION**, of this PARSE-SYNTAX-GRAMMAR-COMMUNICATION-WORD-CORRECTIONS **ARE** with the CORRECTION-CLAIM of the FRAUDULENT-FEDERAL-TITLES-USE of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR &: FEDERAL-CODES-USE of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR with the SYNTAX-CORRECTIONS of the C.-S.-S.-C.-P.-S.-G.-NOW-TIME-D.-C.-F.-P.-S.-C.-V.
:**DOCUMENT-VESSEL** = For the D.-C.-F.-P.-S.-C.-V.-CLERK-DOCKETING of the D.-C.-F.-P.-S.-C.-V.-PAPERS **ARE** with the CORPORATION-CLAIM BETWEEN the TWO-OR-MORE-PERSONS with the D.-C.-F.-P.-S.-C.-V.-PORTING-STAMP by the D.-C.-F.-P.-S.-C.-V.-CLERK.
:**DOCUMENT-VESSEL, DOCUMENT-VENUE, DOCUMENT-COURT:** = For the CORPORATION of the TWO-OR-MORE-PERSONS **ARE** with the PORTING-CLAIM with the F.-P.-C.-V.-PORT-CLERK by this **DOCUMENT**.
:**CONJUNCTION**: **&**: and = also, command, performance; or: = option, either, choise.
:**FRAUDULENT =**: FICTION, MODIFICATION, PERJURY, GUESSING, OPINION, PRESUMPTION, ASSUMPTION, ILLUSION, FRAUD, MISLEADING.
:**LODIAL** =[ARTICLE] For the SPECIFIC = **A, an, the, this, these, threw, though.**
:**POSITION** = **For, of, with, by, in, on, as, within, thru.** For the POSITIONAL-LODIAL-FACT-PHRASE of the CORRECT-SYNTAX-GRAMMAR-PHRASE **IS** with the COMMUNICATION-CLAIM of the FACT.
:**VASSALEE** = For the **VASSAL**=SERVANT; EE=-EMPLOYEE of this COMPLAINT-DOCUMENT.
:**VOLITION** = For the CLAIMANT'S-KNOWLEDGE of the FACTS **IS** with the MOTION-THINKING-CLAIM by the C.-S.-S.-C.-P.-S.-G.-NOW-TIME-D.-C.-F.-P.-V.-F.-C.-V.
:**PARSE-SYNTAX-GRAMMAR:** For the WORD-MEANINGS of the PLACMENT **ARE within** the CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR by the SENTENCE-MEANING
:**VERB-SYNTAX**: **IS**=SINGULAR-SYNTAX-TENSE, **ARE**=PLURAL-SYNTAX-TENSE, THINKING-MOTION.


**~A** For this STATEMENT of this FEDERAL-POSTAL-JUDGE'S-CONTRACT **ARE** with the C.-S.-S.-C.-P.-S.-G.-AUTHORITY-CLAIM of this **D.-C.-F.-P.-S.-C.-V.**-WORD-TERMS with the '**C.-S.-S.-C.-P.-S.-G.-LAW of the FLAG**' with the JOINING-VENUE of the 'FEDERAL-POSTAL-SEA-TREATY, SEE-PASS, DROGUE-LAW-POSTING-LOCATION'(WWW.DWMLC.COM) of the 'UNITED-STATES-POSTAL-SERVICE-POSTING', UNITED-STATE-BANKING-TREATY-POSTING, '*DEPARTMENT* of the *JUSTICE*-POSTING' **&:** 'SUPREME-COURT-CONTRACT-POSTING' with an AMERICA-CORPORATION-~2-~FEBRUARY-~2000,".
**~B** For the **TITLE-~28: D.-C.-C.-S.-~1331**, of the **D.-C.-F.-P.-S.-C.-V.**-CLERK'S-DUTIES **ARE** with the C.-S.-S.-C.-P.-S.-G.-DOCKING-PAPER-VESSEL-VENUE-TITLE-NAME: D.-C.-F.-P.-S.-C.-V. of the NOW-TIME-C.-S.-S.-C.-P.-S.-G.-QUO-WARRANTO-COMPLAINT-CLAIM by this FEDERAL-POSTAL-REGISTERED-MAIL-CORPORATION-CASE-~**RA286254328US**.
[C.-S.-S.-C.-P.-S.-G. of the D.-C.-F.-P.-S.-C.-V.-RULE-~17: "RADIFICATION of the COMMENDMENT"-1999].

For the COPYCLAIM-COPYRIGHTS-DATE-~7-~JULY-~2015, by the FEDERAL-POSTAL-COURT-JUDGE: David-Wynn: Miller of the DOCUMENT-CONTRACT-CORPORATION-VENUE-AUTHORIZATION-AUTHORITY. RE286254328US.

1

~C For the C.-S.-S.-C.-P.-S.-G.-AUTHORITY: **TITLE-~28: D.-C.-C.-S.-~1361**, of the D.-C.-F.-P.-S.-C.-V.-FEDERAL-POSTAL-SEAL **ARE** with the TWENTY-ONE-DAY-CORRESPONDENCE-BACK **&: THREE-DAY-RESCISSION: TITLE-~15: D.-C.-C.-S.-~1635-~A**, to the **FEDERAL-POSTAL-JUDGE: David-Wynn: Miller** of the **FEDERAL-POSTAL-COURT-VENUE-LOCATION.-~5166,-NORTH-~63rd-STREET,-~MILWAUKEE,-~WISCONSIN~53218**, or with the **DAMAGE-CLAIM** of the **FRAUDULENT-PARSE-SYNTAX-GRAMMAR-JAIL-HOLDING** of the **Walter: Wayne: Brown, &: Winona-Jean: Cox** with the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-CORRESPONDENCE-SUMMONS with the **FOREIGN-LANGUAGE** BY THE **FOREIGN-ACKNOWLEDGE-LANGUAGE VASSALEES**.
~D For the FAILURE of the VASSALEES'-C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE-BACK **ARE** with the '**WRIT of the DOCUMENT-CONTRACT-FAULT-CLAIM**' with the FOURTY-FIVE-DAYS-TRUST-TIME-LIMIT **&:** THREE-DAY-*RE*SCISSION: **TITLE-~15: D.-C.-C.-S.-~1635-A**, by this D.-C.-F.-P.-S.-C.-V.-CONTRACT-AUTHORITY-HEREIN-CORRESPONDENCE.
~E For these CONSTITUTIONAL-DOCUMENT-TERMS of the D.-C.-F.-P.-S.-C.-V.-RULES **ARE** within these **C.-S.-S.-C.-P.-S.-G.-NOW-TIME-TERMS** of the D.-C.-F.-P.-S.-C.-V.-QUO-WARRANTO-COMPLAINT, LIS-PENDENS, **&:** WRIT of the DOCUMENT-CONTACT-FAULT-CLAIM with the TITLE-~46: D.-C.-C.-S.-~ONE: CLOSURE-EQUALITY by the DOCUMENT-CLAIMS.
:**DOCUMENT-CLAIM-~1**, For the **C.-S.-S.-C.-P.-S.-G.** COMMUNICATION-FACTS of the CONTEST **ARE** with the FACT-AS-FACT-CLAIMS of the **C.-S.-S.-C.-P.-S.-G.** with the D.-C.-F.-P.-S.-C.-V.-CONTRACT-AUTHORITY-HEREIN-CORRESPONDENCE.
:**DOCUMENT-CLAIM-~2**, For the JUDGE'S-WRITTEN-CONTRACT of the FACTS **ARE** with the C.-S.-S.-C.-P.-S.-G.-CLAIMS of the NOW-TIME-CONTINUANCE with the CORRECT-EVIDENCE-CLOSURE-CORRECTIONS of the WRONG-WORD-MEANING-EVIDENCE with the SENTENCE-STRUCTURE-VIOLATIONS-CLAIMS of the **TITLE-~18: D.-C.-C.-S.-~1001:** FRAUDULENT-PARSE-SYNTAX-GRAMMAR-COMMUNICATION **&: TITLE-~15: D.-C.-C.-S.-~1692-~E,** with the FRAUD-WRITINGS **&:** MISLEADING-STATEMENTS with the PENALTY-FINES: **TITLE-~15: D.-C.-C.-S.-~78-~ff,** by the WRONGDOER'-CONFESSION.
:**DOCUMENT-CLAIM-~3**, For the PERSONS'-C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE of the CORRECT-FACTS **ARE** with the FAIRNESS-EQUALITY-CLAIMS of the SPEECH, WRITINGS, FAITHS, PRESS, DOCUMENT-PORTING with the C.-S.-S.-C.-P.-S.-G.-CONTRACT-GRIEVANCES by the D.-C.-F.-P.-S.-C.-V.
:**DOCUMENT-CLAIM-~4**, For the CORPORATION-CASE of the D.-C.-F.-P.-S.-C.-V. **ARE** with the C.-S.-S.-C.-P.-S.-G.-CLAIMS by the PERSON'S-FAIRNESS-EQUALITY-VOLITION.
:**DOCUMENT-CLAIM-~5**, For the PERSON'S-KNOWLEDGE OF THE DOCKETING **&:** FILING **ARE** WITH THIS D.-C.-F.-P.-S.-C.-V.-CLERK-CLAIM of the QUO-WARRANTO-COMPLAINT with the FOURTY-FIVE-DAY-TRUST-LAW'S-WRIT of the DOCUMENT-CONTRACT-FAULT-CLAIM with the TWENTY-ONE-DAY-CORRESPONDENCE-BACK to the D.-C.-F.-P.-S.-C.-V.-CLERK'S-DOCK with the C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE of the VASSALEES with the THREE-DAY-GRACE-*RE*CISSION-TIME-LIMIT-PERIOD **&:** TWENTY-ONE-DAY-CORRESPONDENCE-BACK with the C.-S.-S.-C.-P.-S.-G.-JUDGE'S-OATH-CORRESPONDENCE.
:**DOCUMENT-CLAIM-~6**, For the CLAIM of the C.-S.-S.-C.-P.-S.-G.-CAPTURE-WARRANT or: C.-S.-S.-C.-P.-S.-G.-SEARCH-WARRANT **ARE** with the JUDGE'S-AUTOGRAPHED-C.-S.-S.-C.-P.-S.-G.-OATH by the C.-S.-S.-C.-P.-S.-G.-AUTHORITY-DUTY.
:**DOCUMENT-CLAIM-~7**, For the WITNESSING-PERSON of the WITNESS'S-TESTIMONY **ARE** with the PERSON'S-C.-S.-S.-C.-P.-S.-G.-KNOWLEDGE-CLAIM by the PERSONAL-SELF-CLAIMS.
:**DOCUMENT-CLAIM-~8**, For the CLAIMANTS'-KNOWLEDGE of the C.-S.-S.-C.-P.-S.-G.-FACTS **ARE** with the CLAIMANTS'-CLAIM of the CORRECT-NOW-TIME-EVIDENCE-FACTS.
:**DOCUMENT-CLAIM-~9**, For the C.-S.-S.-C.-P.-S.-G.-TWELVE-PERSON-KNOWLEDGE by the C.-S.-S.-C.-P.-S.-G.-CLAIMS **ARE** with the C.-S.-S.-C.-P.-S.-G.-TRIAL by the SAME-LEVEL-PLANE-D.-C.-F.-P.-S.-C.-V.: **DOCUMENT-CLAIM-~10,** For the TERMS of the CONVICTION-PERSON'S-PUNISHMENT **ARE** with the C.-S.-S.-C.-P.-S.-G.-CLAIMS of the BAIL-CONDITION-TERMS, FINANCIAL-TERM-FINES or: JAILING-TERMS with the D.-C.-F.-P.-S.-C.-V.
: **DOCUMENT-CLAIM-~11**, For the D.-C.-F.-P.-S.-C.-V.-FIDUCIARIES of the DOCUMENT-CONTRACT-FACTS **ARE** with the DUTY-CLAIM or: ELECTION-CLAIM by the C.-S.-S.-C.-P.-S.-G.-OATH of the D.-C.-F.-P.-S.-C.-V.
: **DOCUMENT-CLAIM-~12**, For the VESSEL-DOCUMENT of the DOCUMENT-CONTRACT-HEREIN **ARE** with the VOLITION-CLOSURE-CLAIM of the DOCUMENT-CONSTITUTION, and DOCUMENT-CONTRACT-CORPORATION **&:** TRUST-DOCUMENTS.
~1 For the **CORRECTIONS** of the **INDICTMENT-NUMBER-~5:14-CR-85-JMH:** WRONGS **ARE** with the DAMAGE-CLAIM of the **TITLE-~42: D.-C.-C.-S.-~1986**, with the KNOWLEDGE of the WRONGS **&:** AUTHORITY of the STOPPING **&:** CORRECTING with the **C.-S.-S.-C.-P.-S.-G.-P. by the FEDERAL-POSTAL-JUDGE: David-Wynn: Miller of the FEDERAL-POSTAL-COURT: 5166-~NORTH-~63rd-STREET,-~MILWAUKEE,-~WISCONSIN-~53218.**
~2 For the FEDERAL-POSTAL-COURT-VENUE of the DOCUMENT-CONTRACT-CORPORATION-VENUE **ARE** with the **DAMAGE-CLAIM** of the **TITLE-~18: D.-C.-C.-S.[USCS]-~513-~A:** For the POSSESSIVE of the **FRAUDULENT-DOCUMENTS ARE** with the **DAMAGE-CLAIM** with the **DIVISION or: GROUP** with the **FEDERAL-PORT-AUTHORITY-CONTRACTS** of the **DICEPTIVE-VOLITION-CONTRACTING-PERSON or: GOVERNMENT-CORPORATION** of the **PENALTY-FINE** :[$250,000.00, or: JAIL].

For the COPYCLAIM-COPYRIGHTS-DATE-~7-~JULY-~2015, by the FEDERAL-POSTAL-COURT-JUDGE: David-Wynn: Miller of the DOCUMENT-CONTRACT-CORPORATION-VENUE-AUTHORIZATION-AUTHORITY. RE286254328US.

2

~3 For the CLAIMANT'S-KNOWLEDGE of the FACTS **ARE** with the CLOSURE-DAMAGE-CLAIMS of this **TITLE-~42: D.-C.-C.-S.-~1986**: KNOWLEDGE of the WRONGS &: STOPPING &: CORRECTING with the VASSALEES'-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-THREAT-LOSS of the FINANCIAL-PENALTY-THREAT &: PUBLIC-STANDING-LOSS-THREATS with the FICTION-LANGUAGE-COURT by the VASSALEES'-CAUSES: **TITLE-~28: D.-C.-C.-S.-~1359: COLLUSION** with the BLOCKING-C.-S.-S.-C.-P.-S.-G.-DOCUMENTS-TITLE-~18: C.-S.-C.-S.-~1001, &: **TITLE-~15: D.-C.-C.-S.-~1692-~e: FRAUD &: MISLEADING-STATEMENTS, &: TITLE-~15: C.-S.-C.-CHAPTER-~2B, SECTION-~78~FF,:** PARSE-SYNTAX-GRAMMAR-COMMUNICATION-PENALTIES[$25-MILLION] of the **MAIL-FRAUD: TITLE-~18: D.-C.-C.-S.-~1341,: MAIL-FRAUD-PROPERTY/EQUITY-TORT** by the FICTION-COURT-JUDGE &: ATTORNEYS'-ACTING-TOGETHER with the **TITLE-~18: D.-C.-C.-S.-~242: STOPPING &: BLOCKING-C.-S.-S.-C.-P.-S.-G.-CONTRACT** by the COLORING-LAWS, FACTS, RULES, CODES &: VOLITION with an **ATTORNEY'S-CONSPIRACY-CIVIL: TITLE-~42: D.-C.-C.-S.-~1985-~1,** in this DRY-DOCK-VESSEL-PAPER **&:** FILE-STAMP-EVIDENCE-SYNTAX-KEY-CODE with the **TITLE-~42: D.-C.-C.-S.-~1985-~2:** STOPPING &: BLOCKING, CHANGING, PERJURY, FALSE-STATEMENTS, CHEATING, STEALING by A **VOID-SYNTAX-GRAMMAR-TITLE-~18: D.-C.-C.-S.-~1001,: FRAUDULENT-PARSE-SYNTAX-GRAMMAR-VASSALEES'-WRITING-EVIDENCE,** &: **TITLE-~42: D-.C.-C.-S.-~1983-~3, BLOCKING-PARTICIPATION** of the C.-S.-S.-C.-P.-S.-G.-WITNESS or: EVIDENCE by the **TITLE-~18: D.-C.-C.-S.-~1001: FRAUDULENT-PARSE-SYNTAX-GRAMMAR-COMMUNICATIONS-CAUSE: TITLE-~18: D.-C.-C.-S.-~1961: RACKETEERING-DAMAGE** &: **CRIME-PARTICIPATION-TITLE-~18: D.-C.-C.-S.-~3,** with the CRIMINAL-VIOLATIONS &: '**VOLITION of the WILL**' with the **DOCUMENT-CONTRACT-FEDERAL-POSTAL-$1.-STAMP-COURT'S-VENUE** against the FRAUDULENT-SYNTAX-GRAMMAR-WRITING-EVIDENCE-BONDED with the CLAIMANTS'-C.-S.-S.-C.-P.-S.-G.-CONTRACT against the VASSALEE'S **TITLE-~15: D.-C.-C.-S.-~1692-~e,: FRAUD &: MISLEADING-STATEMENTS**-STYLES-SYNTAX-GRAMMAR.

~4 For the **LAREDA: LYNCH: Attorney-General, U.S. DEPARTMENT of the JUSTICE,** ~950-~Pennsylvania-Avenue,-NW Washington, DC. 20530-0001, RE: **UNITED STATES** of an AMERICA-CORPORATION.

~5 For the **FRAUDULENT-PARSE-SYNTAX-GRAMMAR of the TITLE-~26: UNITED STATES CODES-FRAUDULENT-LANGUAGE-STRUCTURE ARE** with the **FRAUDULENT-PARSE-SYNTAX-GRAMMAR** of the **DECLARATIONS=(DE=NO, CLAR-COMMUNICATE, AT=LOCATION, ION=CONTRACT) = VOID-MEANING,** &: **FRAUDULENT-SUMMONS** = VOID-MEANING, &: FRAUDULENT-ORDER of the SHOWCAUSE = VOID-MEANING, &: **FRAUDULENT-WARRANT** of an *Arrest*(VOID-MEANING) with the **FRAUDULENT-SYNTAX-GRAMMAR-DAMAGE-CLAIM** by the **VASSALEES'-EVIDENCE** with the FEDERAL-POSTAL-COURT-JUDGE-AUTHORITY: **TITLE-~42: D.-C.-C.-S.-~1986: KNOWLEDGE** of the SYNTAX-AUTHORITY of the STOPPING &: CORRECTING with the **SYNTAXING-NUMBER-CODE-IDENTIFICATION-CORRECT-WORD-VALUE-TERMS** of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-EVIDENCE with an *INDICTMENT-NUMBER-~5:14-CR-85-JMH*, by the **FRAUDULENT-CHANGING** of the **FEDERAL-STYLES-PARSE-SYNTAX-GRAMMAR-TREATY** with the **SYNTAXING-MEANING-VALUES** by the **UNITED STATES DISTRICT COURT, EASTERN DISTRICT of KENTUCKY, CENTRAL-DIVISION,-~LEXINGTON &: KERRY B. HARVEY,** *UNITED STATES ATTORNEY.*

~6 For an ATTORNEY-GENERAL of the VASSALEES'-DAMAGE-CLAIMS **ARE** with the **TITLE-~18: DOCUMENT-CONTRACT-CLAIM-SECTION-(D.-C.-C.-S.)-~4: CLAIM,** with the COMMISSION of the CRIMINAL-DAMAGE-CLAIM with the **HANDYCAPPING-CLAIMANTS: TITLE-~29: D.-C.-C.-S.-701**: VOID-C.-S.-S.-C.-P.-S.-G.-P.-**UNITED STATES DISTRICT COURT, EASTERN DISTRICT of KENTUCKY, CENTRAL-DIVISION,-~LEXINGTON &: KERRY B. HARVEY,** *UNITED STATES ATTORNEY.*

~7 For the CLAIMANTS-KNOWLEDGE of the **C.-S.-S.-C.-P.-S.-G.-DOCUMENT ARE** with the MONEY-DAMAGE-CLAIM of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-HANDYCAPPING-CLAIM: **TITLE-~29: D.-C.-C.-S.-~701**, by the VASSALEES.

~8 For the BONDED-EVIDENCE of this **QUO-WARRANTO-COMPLAINT ARE** with the **D.-C.-F.-P.-S.-C.-V.-AUTHORITY** by the **FEDERAL-POSTAL-JUDGE: David-Wynn: Miller.-~RR224568221US,** with the **C.-S.-S.-C.-P.-S.-G.-LAW** of the **FLAG-JOINING-CLAIM** of this **TITLE-~42: DOCUMENT-CONTRACT-CLAIM-SECTION-~1986: KNOWLEDGE** of the WRONG-PARSE-SYNTAX-GRAMMAR-STYLES-CHELLENGE with an AUTHORITY-CLAIM of the **C.-S.-S.-C.-P.-S.-G.-QUO-WARRANTO-COMPLAINT-STANDING** by the CLAIMANTS.

~9 For this **CLAIMANTS'-KNOWLEDGE** of the C.-S.-S.-C.-P.-S.-G. **ARE** with the **TITLE-~42: D.-C.-C.-S.-~1986: STOPPING &: CORRECTING-WRONG-WORD-SYNTAX-MEANINGS, COMMUNICATION-LANGUAGE, COURT-VENUE** of the VASSALEES.

For the COPYCLAIM-COPYRIGHTS-DATE-~7-~JULY-~2015, by the FEDERAL-POSTAL-COURT-JUDGE: David-Wynn: Miller of the DOCUMENT-CONTRACT-CORPORATION-VENUE-AUTHORIZATION-AUTHORITY. RE286254328US.

3

~10 For this **LETTER-ROGATORY-WRIT** of the **FOREIGN-CORRESPONDENCE** ARE with the **C.-S.-S.-C.-P.-S.-G.-AUTHORITY-CLAIM OR: VACATING-FRAUDULENT-PARSE-SYNTAX-GRAMMAR** of the **VASSALEES-LANGUAGE** with the **GRAND-JURY.**

~11 For the **D.-C.-F.-P.-S.-C.-V.** of the **LETTER-ROGTAORY** ARE with the **C.-S.-S.-C.-P.-S.-G.-CLAIMS, RULES &: CONTRACT-LANGUAGE-CLOSURE-LAWS** by the **CLAIMNTS'-KNOWLEDGE.**

~12 For the **FERERAL-COURT-VENUE-FIDUCIARIES** of the **DOCUMENT-VESSEL-COURT** ARE with the **DUTY-CONTRACT-CLAIM** by the **C.-S.-S.-C.-P.-S.-G.-OATH** of these **D.-C.-F.-P.-S.-C.-V. &: UNITED STATES DISTRICT COURT, EASTERN DISTRICT of the KENTUCKY, CENTRAL-DIVISION,-~LEXINGTON &: KERRY B. HARVEY,** *UNITED STATES ATTORNEY.*

~13 For this **CLAIMANT'S-LETTER-ROGTAORY** of the FACTS ARE with the **C.-S.-S.-C.-P.-S.-G.-CLAIM** of the **NOW-TIME-CONTINUANCE** with the **CORRECT-EVIDENCE-CLOSURE-CORRECTIONS** against the **VASSALEES'-WRONG-WORD-MEANINGS** with the **SENTENCE-STRUCTURE-VIOLATIONS-CLAIMS** of the **TITLE-~18: D.-C.-C.-S.-~1001: FRAUDULENT-PARSE-SYNTAX-GRAMMAR-COMMUNICATION &: TITLE-~15: D.-C.-C.-S.-~1692-~e: FRAUD-WRITING &:** *MIS***LEADING-STATEMENTS** with the **FRAUD-PENALTY-FINES: TITLE-~15: D.-C.-C.-S.-~78ff:**($25-MILLION-DOLLARS) by the VASSALEE.

~14 For the **ROGATORY-WRIT: COMPOUND-FACT** = For this **CLAIMANT'S-KNOWLEDGE-CLOSUSRE** of this **QUANTUM-MEDIA-TREATY-DIRECTOR'S-PARTY-MEMBERS-CLAIMS** ARE with the **PAST-CLAIM** of the PORTINGS with the **C.-S.-S.-C.-P.-S.-G.-FACTS** of the **NOW-TIME-NETWORKING** with the **KNOWLEDGE-CLOSURE** by the **CLAIMANT'S-KNOWLEDGE-CONTRACTING-MEMBERS** with the **QUO-WARRANTO-COMPLAINT** of the **BANK-FORECLOSURE-FRAUDULENT-PARSE-SYNTAX-GRAMMAR & with the Winona-Jean: Cox's-WHISTLE-BLOWER-BANK-FRAUD-MONEY-DUE($8-MILLION)** from the **SECRETARY-GENERAL** of the **UNITED STATES-TREASURY** for the **CLOSURE &: COVERY** of an ENGINEERING-BANK-FRAUD-DOCUMENT with the TAKING of the HOUSE &: LAND by the STEALING with the **NO-TITLE-STANDING** &: NO-**AUTOGRAPH-CONTRACT-PERFORMANCE** as the BANK-SERVICER with the $25-MILLION-FINE-PAYABLE TO THE SECRETARY-GENERAL of the UNITED STATES-TREASURY with the THIRTY-FIVE-PERCENT-WHISTLE-BLOWER-CLAIM by the **CLAIMANT: Winona-Jean: Cox.**

~15 For an **ERROR-JUDGEMENT** of the COMMUNICATIONS-SYNTAX-GRAMMAR-TAUGHT within the STATE-SCHOOLING-DIRECTION ARE with the DAMAGE-CLAIMS of the **VOID-GOVERNMENTS'-CLOSURE** with the ENGLISH-SYNTAX-GRAMMAR-TEACHINGS by the SCHOOL-TEACHERS with the FRAUDULENT-COMMUNICATIONS for the HARRVESTING-CITIZENS'-SWEAT-EQUITY through the FRAUDULENT-NO-THING-SYNTAX-GRAMMAR-SYSTEM with the INTERNAL-REVENUE-SERVICE-SYNTAX-GRAMMAR-CODES &: FRAUDULENT-COURT-LANGUAGE by the NUMBERS.

~16 For the **CLAIMANT: Winona-Jean: Cox of this DAMAGE-CLAIM** IS with the CLAIM of the **M'NAGHTEN-RULE &: 'McNABB-DOCTERNE'(: BLACKS-LAW-DICTIONARY-4TH-EDITION)** of the **FAILURE-CLOSURE** with the **PRONOUN-ADVERB-VERB-SYNTAX, PRONOUN-ADVERB-ADJECTIVE-PRONOUN-FRAUDULENT-PARSE-SYNTAX-GRAMMAR, PRONOUN, PRONOUN-ADVERB-VERB-SYNTAX-GRAMMAR-FRAUD** by the **VASSALEES'-PLEADINGS &: CHARGING-FRAUDULENT-LANGUAGE-DOCUMENTS.**

~17 **For this** CLOSURE-PARSE-SYNTAX-GRAMMAR-COMMAND of the HEREIN-PHYSICAL-EVIDENCE ARE with the VACATION-CLAIM of the FRAUDULENT-SYNTAX-GRAMMAR, TWO-SPACING-STYLES-RULES-VOID-CONTINUANCE, DOUBLE-LINE-SPACING-VOID-CONTINUANCE, ADVERB-VERB-SYNTAX-FRAUD, PRONOUN-ADVERB-ADJECTIVE-SYNTAX-FRAUD, with the NOW-TIME-FREEDOM of the **CLAIMANT: Winona-Jean: Cox** with the WRITTEN-CONFESSION-BONDED-DOCUMENTS by the VASSALEES.

[FALSE-CAPTURE: "SANDERS VS ENGLISH-~950-FED 2nd","$75,000.00-per-hour-false-syntax-grammar-language-arrest".

For this COMMAND of the **FEDERAL-POSTAL-JUDGE: David-Wynn: Miller,** of the **DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE,-~7-~JULY-~2015, : PASS-PORT-NUMBER-~457238105.**

~18 For the **SUPPORTING-TERMS** of the **DOCUMENT-CLAIMS** ARE with the **C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE-TERMS.**

~0 For the TITLE-~42: D.-C.-C.-S.-~1986: KNOWLEDGE of the DOCUMENT-SYNTAX-GRAMMAR-DUTIES ARE with the CORRECTION-CLAIM of the WRONG-PARSE-SYNTAX-GRAMMAR with the C.-S.-S.-C.-P.-S.-G.-DOCUMENT by the FEDERAL-JUDGE.

~1 For the **D.-C.-C.-~4:** For the VESSEL-PROCESS: ~a with the SUMMONS; ~b with the FORM; ~c: VASSALEES'-VESSEL-CLAIMS;
~d: SUMMONS &: COMPLAINT with the **TWENTY-ONE-DAYS-CORRESPONDENCE-BACK** TO the FEDERAL-POSTAL-COURT-CLERK-HEREIN;
~g: JOINING-TWO-VESSELS by the D.-C.-F.-P.-S.-C.-V.-CLERK; ~h: D.-C.-F.-P.-S.-C.-V.-SCHEDULING-45-DAY-TRUST-TIME-LIMIT &~h: THREE-DAY-RESCISSION-TIME-CLAIM: TITLE-~15: D.-C.-C.-S.-~1635-~A.

2 For the **D.-C.-C.-~5:** VESSEL: ~a: DUTIES; ~d: FILING-CLAIMS; ~e: CLERK'S-OPERATIONAL-FILING-DOCUMENTS ARE with the VESSEL-CLAIMS of the PERSON over an **AGE: 18-YEARS &: NOT-IN** the MATTER of the CORPORATION-CASE.

For the COPYCLAIM-COPYRIGHTS-DATE-~7-~JULY-~2015, by the FEDERAL-POSTAL-COURT-JUDGE: David-Wynn: Miller of the DOCUMENT-CONTRACT-CORPORATION-VENUE-AUTHORIZATION-AUTHORITY. RE286254328US.

~3 For the **D.-C.-C.-~6** = with the TIME: ~a with the COMPUTATION-MONDAY-THROUGH-FRIDAY-CASES &: CONTINUANCE with the **D.-C.-F.-P.-S.-C.-V.**; ~d with the COMPLAINTS &: STATEMENTS ARE within the VESSEL of the FIVE-DAYS-CLAIMS-NOTICES with the HEARING/TRIAL by the **Winona-Jean: Cox** &: ONE-DAY-CORRESPONDENCE by the VASSALEES'-TRIAL.

~4 For the **D.-C.-C.-~7** = ~a: **COMMANDS** IN the **C.-S.-S.-C.-P.-S.-G.**; ~b: **C.-S.-S.-C.-P.-S.-G.-COMPLAINT-CLAIMS** ARE with the **C.-S.-S.-C.-P.-S.-G.-**DAMAGES by the CORRECTION-SOUGHT.

~5 For the **D.-C.-C.-~8** = ~a: **COMMAND-CLAIMS** of the MONEY-COMPENSATION-WAGES, &: **CASH**-VALUE-LAND-**C.-S.-S.-C.-P.-S.-G.**-CORRECTIONS; ~b: **C.-S.-S.-C.-P.-S.-G.**-CLAIM; ~c: **C.-S.-S.-C.-P.-S.-G.**-OATH;

~d: CORRECT-FACT-FAILURE: PERJURY, FRAUD, LIES, FICTION, PRESUMPTIONS, ASSUMPTIONS, OPINIONS, &: MODIFICATIONS;

~e: **COMMANDS** by the CLOSURE-WORD-MEANINGS &: TERMS of A SINGLE-THOUGHT IN EACH **C.-S.-S.-C.-P.-S.-G.**-FACT-PHRASE, &: 'FOR the **ONE-VERB-'THINKING'** IS with the CORRECTION IN EVERY SENTENCE.

~6 For the **D.-C.-C.-~9** =: **SPECIAL-COMMANDS**: ~b: WRITTEN-FRAUDULENT-PARSE-SYNTAX-GRAMMAR ARE with the CONDITION, WILL &: VOLITION of the MIND; ~e: FACTUAL-**C.-S.-S.-C.-P.-S.-G.**-CLAIM; ~f: NOW-TIME &: NOW-PLACE; ~g: NOW-TIME-FACTS IN the **C.-S.-S.-C.-P.-S.-G.** ARE with the DAMAGE-CLAIMS by the VASSALEES.

~7 For the **D.-C.-C.-~10**: For the **FORM of the COMMAND-CORRECT-FACTS**, ~b with the NUMBERING of the SENTENCES or: PARAGRAPHS &: PAGES; ~C with the BONDING-CORPORATION-CASE, (GLUEING, STITCHING or: MECHANICAL-RIVETTING).

~8 For the **D.-C.-C.-~11**: **FRIVOLOUS-FILINGS** of the WITNESS'S-PLEADINGS ARE with the SANCTION-DAMAGE-CLAIM of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR by the VASSALEE.

~9 For the CAUSE of the **D.-C.-C.-~9-~b**; **D.-C.-C.-~12-~b**; **D.-C.-C.-~56-~d**, &: **D.-C.-C.-~7**: CORRECT-DUTIES; &: EQUAL-GUARANTEE of the VOID-COURT-COMMUNICATIONS: **TITLE-~42: D.-C.-C.-S.-~1985-~2**, BLOCKING-DAMAGING-CORRECT-FACTS &: WITNESSES &: FACTUAL-EVIDENCE.

~10 For an AUTOGRAPH of the **D.-C.-F.-P.-S.-C.-V.-JUDGE-CORRECTIONS** ARE with the **C.-S.-S.-C.-P.-S.-G.**-LAW-DOCUMENT of the **FIVE-DAY-TIME-LIMIT** with the SANCTIONS AGAINST the VASSALEES'-EVIDENCE.

~11 For the **DURESS**: For an ILLEGAL-PURPOSE/THREAT of the PERSON'S-COMPLIANCE with the VIOLENCE, PAIN or: FREEDOM-LOSS by the PRISON or MENTAL-HARM or: FINANCIAL-HARM by the COERCING: **TITLE-~28 CHAPTER-~85: D.-C.-C.-S.-~1359**.

~12 For the SUMMARY-CORRECTIONS of the DOCUMENT-CLAIM-LIST: **DOCUMENT-CONTRACT-CLAIM~12-~b-~7,-~6,-~5,-~4,-~3,-~2,-~1**.

~13 For the **D.-C.-C.-~12~-b-~7**: **JOINING** ARE with the **C.-S.-S.-C.-P.-S.-G.**-VENUE by the **D.-C.-F.-P.-S.-C.-V.-CLAIMANTS**.

~14 For the **D.-C.-C.-~12-~b-~6**: NOW-TIME-C.-S.-S.-C.-P.-S.-G.-COMMANDS ARE with the C.-S.-S.-C.-P.-S.-G.-FACTUAL-CLAIM-DOCUMENTS.

~15 For the **D.-C.-C.-~12-~b-~5**: CORRECT-CLOSURE-DUTY of the CASE-DOCUMENTS ARE within the C.-S.-S.-C.-P.-S.-G.-CERTIFICATION of the **D.-C.-F.-P.-S.-C.-V.-CLERK** with the **C.-S.-S.-C.-P.-S.-G.-PAPERWORK-CLAIM** by the DOCKETING-CORRESPONDENCE-VESSEL.

~16 For the **D.-C.-C.-~12-~b-~4**: CORRECT-VESSEL of the PAPERWORK ARE with an AUTOGRAPH-CANCELATION ON the FEDERAL-POSTAL-VESSEL-STAMP &: END-DORSEMENT ON the TOP of the COVER-PAGE-BACK & ON the DOCKETING-PORT-STAMP.          .~17

For the **D.-C.-C.-~12-~b-~3**: C.-S.-S.-C.-P.-S.-G.-VENUE-FILINGS ARE with the C.-S.-S.-C.-P.-S.-G. by the D.-C.-F.-P.-S.-C.-V.

~18 For the **D.-C.-C.-~12-~b-~2**: For the FRAUDULENT-PARSE-SYNTAX-GRAMMAR of the VASSALEES ARE with the DAMAGE-CLAIM of the C.-S.-S.-C.-P.-S.-G.-PORT-FEDERAL-POSTAL-COURT-VENUE-AUTHORITY by the DOCUMENT-TERMS.

~19 For the **D.-C.-C.-~12-~b-~1**: For the CLAIMANT'S-KNOWLEDGE of the C.-S.-S.-C.-P.-S.-G.-FACTS ARE with the CLAIMS of the FACTS with an AUTHORITY-CORPORATION-CASE by the DOCUMENT-TERMS.

~20 For the **TITLE-~18: D.-C.-C.-S.-~1621: PERJURY of an OATH** ARE with DAMAGE-CLAIM of the COERCION: **TITLE-~28: D.-C.-C.-S.-~1359**, with the 'RAPE'(TAKING) of the PERSON'S-FREEDOM with the **TITLE-~18: D.-C.-C.-S.-~4: PRISON-THREAT** by A FICTION-FELONY-PLEADING with the FRAUDULENT-PARSE-SYNTAX-GRAMMAR &: **TITLE-~18: D.-C.-C.-S.-~3**, within the PARTICIPATION by the CRIMINAL-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DOCUMENTS.

~21 For the ADJECTIVES, PRONOUNS or: ADVERB-MODIFIERS IN the FRAUDULENT-GRAMMAR-FORMAT ARE with the **PERJURY: TITLE-~18: D.-C.-C.-S.-~1621: FALSE-SWEARING** of the FIRST-STATEMENT-NOW-TIME.

~22 For the **TRAPS** IN the TITLES, NAMES, DATES, CASE-NUMBERS, ITALIC-WORDS, BOXING &: TITLE-SITES ARE with the FRAUDULENT-SYNTAX-GRAMMAR-FORMAT by the VASSALEES'-AUTOGRAPH-CONFESSION.

~23 For the **POSITIONS: FOR, OF, WITH, BY, THROUGH, IN &: ON** ARE with the NOW-TENSE-AUTHORITY-VENUE-POSITION-CLAIMS of the "POSITION-LODIAL-FACT-PHRASE" with the NOW-TIME-AUTHORITY.

~24 For the **TITLE-~18: D.-C.-C.-S.-~641**, with the TAKING/STEALING of the GOVERNMENT-PAYROLL-WAGE-MONEY ARE with the VOID-PERFORMANCE-JOB-DUTY of the "UNITED STATES CORPORATION-POSTAL-GOVERNMENTS'-FIDUCIARY-SECURITY" of the CLAIMANT with the **TITLE-~42: D.-C.-C.-S.-~1986: STOPPING &: CORRECTING** by the VASSALEES'-NEGLECT-STANDING WITHOUT the CLEAR &: **C.-S.-S.-C.-P.-S.-G.-PAPERWORK-TITLE-CLAIM** of the LAND: & BUILDINGS-~472-FOX-HARBOUR-DRIVE,-~LEXINGTON,-~KENTUCKY-~40517-1648, &: 'BOXING-STYLES'=:VOID-SPACE, :WORD-VACATING, ITALIC-STYLES=WORD-VACATING, For the -VASSALEES-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DOCUMENT-FILINGS: **"MORTGAGE',**' AS the FUTURE-TIME-SIMULATION with the **"FICTION-SYNTAX-NOTARY"-ONE-PARTY-SIGNING.**

~25 For the **LEGAL-NECESSARY-ELEMENT** of the FEAR ARE with the TORT-CLAIMS by the **TITLE-~42: D.-C.-C.-S.-~1985-~3: RICO-TITLE-~18: ~1961.**)

~26 For the **RACKETEERING** AS the OVER-POWERING-FORCES ARE with the FRAUDULENT-FINANCIAL-CLAIM of the THREAT with the TOTAL-LOSS by the MOVING-PERSON(S) with an ORGANIZATION-CONSPIRACY of the CRIMES with the TORT/COERCION, RAPE or: COERCION of the LIFE, PARTY, PERSON, &: DOCUMENT with an ENGINEERING-DAMAGE by the TORT-PERSONS.

~27 For an **ADJECTIVE** AS the COLORFUL-OPINION ARE with the MODIFICATION of the FACT, with the TWO-OR-MORE-FACTS-JOINING with the LAST-FACT of the FACT-PHRASE-CHANGING of the FIRST-FACT INTO an ADJECTIVE & with the ADJECTIVE-CHANGES of the SECOND-FACT-WORD INTO the PRONOUN-PARSE-SYNTAX-GRAMMAR.

~28 For the **D.-C.-C.-~24: TITLE-~28: D.-C.-C.-S.-~2403**: C.-S.-S.-C.-P.-S.-G.-CHALLENGE of the DOCUMENT-FACTS.

For the COPYCLAIM-COPYRIGHTS-DATE-~7-~JULY-~2015, by the FEDERAL-POSTAL-COURT-JUDGE: David-Wynn: Miller of the DOCUMENT-CONTRACT-CORPORATION-VENUE-AUTHORIZATION-AUTHORITY. RE286254328US.

~29 For the **CHANGING-TREATMENT** of the PERSON'S-QUALITY ARE with the DAMAGE-CLAIM of the NEGLECT with the FAVORING--ONE-PERSON by A CONSPIRACY with the SECOND-PERSON. [WITH the TITLE-~VII of THE~1964: DOCUMENT-CIVIL-RIGHTS-ACT].

~30 For the **D.-C.-C.-~38-a**: For the TRIAL by the TWELVE-PERSON-JURY ARE with the SAME-ONE-PLANE-CLAIM of the **D.-C.-F.-P.-S.-C.-V.**

~31 For the **D.-C.-C.-~41-~a**: VOLUNTARY-WITHDRAW of an ADVERB-VERB-FRAUDULENT-PARSE-SYNTAX-GRAMMAE ARE with the PARSE-SYNTAX-GRAMMAR-ERROR-CLAIM of the **TITLE-~42: D.-C.-C.-S.-1986: KNOWLEDGE &: CORRECTION** by the CLAIMANTS.

~32 For the **TITLE-~18: D.-C.-C.-S.-~242-~1.:** TWO or: MORE-PERSON-TOGETHER ARE with the VOID-PARSE-SYNTAX-GRAMMAR-CLAIMS of the STATUTE, ORDINANCE, CODES, REGULATION, OR: LAWS with the TWO-DIFFERENT-PUNISHMENTS, PAINS, PENALTIES or: TREATMENT ON an ACCOUNT of the PERSON-BEING-FOREIGN = (NO PUNCTUATION IN the DEAD-NAME) = FRAUD/FOREIGN, or by the PERSON'S-COLOR, RACE, FAITH, or: SEX ARE with the DAMAGE-CLAIMS by an AILING-GUISE-COMMUNICATIONS.

~33 For the **TITLE-~18: D.-C.-C.-S.-~1621**: For the PERJURY-CONDITION of the PERSON'S-VOLITION ARE with the PAYMENT-WAGE-CLAIM of the FRAUD-PARSE-SYNTAX-GRAMMAR-WRITINGS with the PAYMENT or: WAGES by the CONTRACT-BREACH-AUTHOR.

~34 For the **D.-C.-C.-~50**: For the NEW-TRIAL of the **FRAUD-SYNTAX-GRAMMAR-CASE** ARE with the '**WRIT** of **DE NOVO**' by an ORIGINAL-COURT-JUDGE'S-VOID-CORRECTION of the PARSE-SYNTAX-GRAMMAR-FACTS with the C.-S.-S.-C.-P.-S.-G.-QUO-WARRANTO-COMPLAINT.

~35 For the **D.-C.-C.-~54**: For the CLAIMS of the SUMMARY-DOCUMENT-CONTRACT ARE with the **C.-S.-S.-C.-P.-S.-G.**-CORRECTIONS by the FEDERAL-POSTAL-JUDGE: David-Wynn: Miller.

~36 For the **D.-C.-C.-~56**: For the **C.-S.-S.-C.-P.-S.-G.**-SUMMARY-CORRECTIONS of the EVIDENCE-CONFESSION ARE with the DAMAGES-DICISION-CLAIMS of the FEDERAL-POSTAL-COURT-C.-S.-S.-C.-P.-S.-G.-COMMAND-DICISION.

~37 For the **D.-C.-C.-~57**: For the WRITTEN-COMMAND-CONTRACT-VENUES of the PHYSICAL-EVIDENCE-DAMAGES ARE with the DAMAGES-CLAIM-PAYMENTS by the **C.-S.-S.-C.-P.-S.-G.**-CLAIMANTS'-FACTS &: VASSALEES'-BONDED-EVIDENCE-FRAUD.

~38 For the **BREACH**, of the COMMISSION, OMISSION, DOCUMENT-DUTY, AUTHORITY &:/OR: FIDUCIARY'S-CONTRACT-TERMS ARE with the DAMAGE-CLAIM by the NEGLIGENT-PERSON'S-DOCUMENT-CONTRACT.

~39 For the **BIAS**: For an OPINION-LEANING-TOWARDS-ONE-SIDE of the MATTER/CAUSE/FACT ARE with the CONVICTION by A WRONG-OPINION.

~40 For the '**TORT**' of the DOCUMENT-WRONGS ARE with the CONSPIRACY-CLAIM of the DUTY-CONTRACT, PERSON-CORPORATION or: FRAUDULENT-PARSE-SYNTAX-GRAMMAR-CONSTITUTION by the FIDUCIARY'S-PRACTICE-VOLITION with the WRONGFUL-PARSE-SYNTAX-GRAMMAR of the NOW-TIME-THREAT/FEAR with the DOCUMENT-LAW: **TITLE-~18: D.-C.-C.-S.-~871**.(:LIE-TOGETHER or: LAY-TOGETHER)

~41. For the **PRONOUN-PARSE-SYNTAX-GRAMMAR-VOID**: For the PRONOUN of the FICTION-STYLES-SYNTAX-GRAMMAR ARE with the WORD-TERM-CLAIMS as the TRICK, TRAP or: FICTIONAL-VOLITION-COURTROOM-COMMUNICATIONS.

~42 For these VASSALEES-PHYSICAL-EVIDENCE of the QUO-WARRANTO-COMPLAINT ARE with the DAMAGE-CLAIM by the CONSPIRATORS'-EVIDENCE-PERFORMANCES by these TITLED-VASSALEES.

**:Winona-Jean: Cox.** _____ .~moved-to-~palm-springs-~florida-CALL"305-874-7744".[~APRIL-~2015]

**:Walter-Wayne: Brown,:** _____ ..~moved-to-~palm-springs-~florida-CALL"305-874-7744".[~APRIL-~2015]

For the COPYCLAIM-COPYRIGHTS-DATE-~7-~JULY-~2015, by the FEDERAL-POSTAL-COURT-JUDGE: David-Wynn: Miller of the DOCUMENT-CONTRACT-CORPORATION-VENUE-AUTHORIZATION-AUTHORITY. RE286254328US.

For the **DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE** of this **DOCUMENT-CONTRACT-QUO-WARRANTO-COMPLAINT, LIS-PENDENS-DOCUMENT-WAGE-CLAIMS &: FOURTY-EIGHT-DAY-VOID-CORRESPONDENT-VIOLATION** ARE with the **D.-C.-F.-P.-S.-C.-V.-COMMAND** of the '**WRIT** of the **DOCUMENT-CONTRACT-FAULT-CLAIM**' with the FEDERAL-POSTAL-REGISTRATION-CORPORATION-CASE-NUMBER-~RA286254610US.

~1 For the **Winona-Jean: Cox's**-KNOWLEDGE of the FRAUDULENT-VASSALEES'-COMMUNICATION **ARE** with the DAMAGE-CLAIMS of the TITLE-COMPANY'S-CLOSING-ATTORNEY-KNOWLEDGE &: TRUSTEE'S-KNOWLEDGE of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR with the **FRAUDULENT-LOAN-VOLITION**.

~2 For this QUO-WARRANTO-COMPLAINT &: LIS-PENDENS of the C.-S.-S.-C.-P.-S.-G-CLOSURE-SYNTAX-GRAMMAR-CONTRACT-DUTY **ARE** with the FOURTY-EIGHT-DAYS-GRACE-TIME-CORRESPONDENCE-BACK within the **D.-C.-F.-P.-S.-C.-V.** OR with the '**WRIT of the DOCUMENT-CONTRACT-FAULT-CLAIM**' with this FEDERAL-POSTAL-JUDGE'S-VENUE by the CORPORATION-CASE-NUMBER-~RA286254610US.

~3 For this DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE-COMMAND of the C.-S.-S.-C.-P.-S.-G-SUMMARY-WRIT of the **FEDERAL-POSTAL-REGISTRATION-DOCKETING-NUMBER-~RA286254610US** with the **WRIT of the FAULT-DOCUMENT-CONTRACT-COMMAND-CLAIM ARE** with the VASSALEE'S-FAILURE of the C.-S.-S.-C.-P.-S.-G-CORRESPONDENCE with the LAND-TITLE-CLAIM-EVIDENCE &: C.-S.-S.-C.-P.-S.-G-'DEED OF TRUST' &: TITLE-*IN*SURANCE by the **VASSALEE-TITLE-CLOSING-CORPORATION.**

~4 For the CARETAKERS-GUARDIAN-TRUSTEES-WAGES-CLAIM of the (**$855,000.00,): EIGHT-HUNDRED-FIFTY-FIVE-THOUSAND-DOLLARS**(*UNITED-STATES OF AMERICA*) **ARE** with the COLLECTION-CLAIM of the **EACH-MONTH-COMPOUND-ONE-PERCENT-RENT-RATE-FEES** with the UNITED-STATES-TREASURY-CORPORATION-CURRENCY of the C.-S.-S.-C.-P.-S.-G.-PERFORMANCE-CONTRACT with the "UNITED STATES of AMERICA-CORPORATION".

~5 For the SAME-FLAG-VENUE-CLAIM &: TITLE-CLAIM of the POSSESSIVE-PERFORMANCE-DUTIES with these CURRENT-LIVE-LIFE: **Winona-Jean: Cox** of this QUO-WARRANTO-COMPLAINT &: C.-S.-S.-C.-P.-S.-G-WRIT of the **DOCUMENT-CONTRACT-FAULT-CLAIM** with this **WRIT of the POSSESSION-COMMAND** by this **D.-C.-F.-P.-S.-C.-V.** For the **Winona-Jean: Cox's-LAND &: BUILDINGS-LOCATION-~472-FOX-HARBOUR-DRIVE,-~LEXINGTON,-~KENTUCKY-~40517-1648,** by the FEDERAL-POSTAL-JUDGE: David-Wynn: Miller's-COMMANDS.

~6 For the FEDERAL-POSTAL-JUDGE: David-Wynn: Miller's-KNOWLEDGE of this COMMAND-CORRECTION-AUTHORITY **ARE** with the TIPSTAFFING-DUTY-AUTHORITY of the MARSHALL-SERVICE, SHERIFF-SERVICE, POSTAL-SPECTOR-SERVICE, FEDERAL-BEURAU of an *in*VESTIGATION-SERVICE, SECURITIES &: *ex*-CHANGE &: LOCAL-STATE-POLICE SERVICE with the C.-S.-S.-C.-P.-S.-G.-PERFORMANCE-FORCE of the TIPSTAFFING-FIDUCIARY with this COMMAND by this FEDERAL-POSTAL-JUDGE: David-Wynn: Miller.

~7 For this **QUO-WARRANTO-COMPLAINT &: LIS-PENDENS** of the **FOURTY-EIGHT-DAYS-GRACE-TIME ARE** with the DAMAGE-CLAIM of the **WRIT of the DOCUMENT-CONTRACT-FAULT-CLAIM** by this **FEDERAL-POSTAL-CORPORATION-CASE-NUMBER-~RA286254610US, & TITLE-~15: D.-C.-S.-1639-~A, with the FOUR-TIME-DAMAGES** of the **LAND-TITLE.**

~8 For the POSTAL-SERVICE-GOVERNMENT-PLOYEES of this TIPSTAFF-OATH-DUTY **ARE** with the **C.-S.-S.-C.-P.-S.-G.-OATH &: PUBLIC-DUTY-SECURITY-DOCUMENT-CONTRACT** or with the VOID-AUTHORITY as the CRIMINAL-ACTOR with the **FRAUDULENT-PARSE-SYNTAX-GRAMMAR-OPINION-OATH** by the FRAUDULENT-POLICY **&:** CUSTOM-GUISE.

**/s/:David-Wynn: Miller./s/                              :SEAL:**
**: David-Wynn: Miller,-~5166-~NORTH-~63rd-STREET,-~MILWAUKEE,-~WISCONSIN-~53218. Ph.414-803-5448.**

For the COPYCLAIM-COPYRIGHTS-DATE-~7-~JULY-~2015, by the FEDERAL-POSTAL-COURT-JUDGE: David-Wynn: Miller of the DOCUMENT-CONTRACT-CORPORATION-VENUE-AUTHORIZATION-AUTHORITY. RE286254328US.

7